IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| ELBA ALICIA ORDONEZ VELAZQUEZ, LUIS ALBERTO ARRIAGA GUZMAN, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWORLD COMMUNITY HEALTH CENTERS, INC., JOHN or JANE DOE, M.D., real names unknown, and DOE CORPORATION, real name unknown,<br><br>Defendants. | CI 17-9371<br><br>ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

This matter is before the Court on Defendant's Motion for an Extension of Time to file an Answer or otherwise plead. Being fully advised and recognizing that the Plaintiffs have no objection to the extension of time, the Court will grant the Motion.

ACCORDINGLY, IT IS ORDERED that:

Defendant shall have until on or before February 12, 2018 to submit an Answer or otherwise plead.

Dated this 5th day of December, 2017.

BY THE COURT: _____

**EXHIBIT A**

Prepared and submitted by:

Lindsay K. Lundholm (NE# 22224)
BAIRD HOLM LLP
1700 Farnam Street, Ste 1500
Omaha, NE 68102-2068
(402) 344-0500
llundholm@bairdholm.com
Attorneys for Defendants

#6 FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
DEC 06 2017
JOHN M. FRIEND
CLERK DISTRICT COURT

DOCS/1988598.1

Image ID: D00487940D01

## SUMMONS

Doc. No. 487940

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                NE 68183

Elba O Velazquez v. Oneworld Community Health

Case ID: CI 17    9371

TO:  Oneworld Community Health Cntr Inc

You have been sued by the following plaintiff(s):

Elba A Ordonez-Velazquez          Luis A Arriaga-Guzman

Plaintiff's Attorney:  Jeffrey P Welch
Address:               17220 Wright St, Ste 14
                       Omaha, NE 68130

Telephone:             (402) 979-6008

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  NOVEMBER 2, 2017     BY THE COURT:  John M. Friend
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Oneworld Community Health Cntr Inc
c/o Andrea Skolkin, Reg Agent
4920 S. 30th St., Ste 103
Omaha, NE 68107

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI170009371
Transaction ID: 0005994522
Filing Date: 11/02/2017 12:32:12 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| ELBA ALICIA ORDONEZ VELAZQUEZ, LUIS ALBERTO ARRIAGA GUZMAN, Husband and Wife, <br><br> Plaintiff, <br><br> vs. <br><br> ONEWORLD COMMUNITY HEALTH CENTERS, INC., JOHN or JANE DOE, M.D., real names unknown and DOE CORPORATION, real name unknown. <br><br> Defendants. | CI 17 <br><br><br><br><br> COMPLAINT <br> MEDICAL MALPRACTICE <br> REQUEST FOR JURY TRIAL |

COME NOW the Plaintiffs, Elba Alicia Ordonez Velazquez and Luis Alberto Arriaga Guzman for their cause of action against the Defendants, state and allege as follows:

PARTIES

1. At all relevant times, Plaintiffs were husband and wife and residents of Omaha, Douglas County, Nebraska.

2. The Defendant Oneworld Community Health Centers, Inc. is a domestic corporation, incorporated under and pursuant to the laws of the State of Nebraska, operating medical facilities in Omaha, Douglas County, Nebraska, specifically a Oneworld Community Health Centers, located at 4920 South 30th Street, Omaha, Nebraska 68107. Said Health Center holds itself out to the public as a health care service corporation furnishing care, treatment and attention to patients, for a fee, while assuming a duty of exercising reasonable care toward its patients in the rendering of its services, and employed administrators, physicians, nurses, assistants, technicians and other agents to provide said health care services.

3. The Defendants John and/or Jane Doe, real names unknown, were duly

licensed and authorized to practice medicine in the State of Nebraska, holding themselves out to the public as physicians who furnished medical procedures, care and attention to patients for a fee, while assuming a duty of reasonable care toward patients in the rendition of medical services. At all relevant times herein, Defendants John and/or Jane Doe M.D., real names unknown, were employees of Defendant Doe, Corporation, and were acting within the course and scope of his and/or her employment.

4. At all relevant times herein, the Defendant Doe Corporation, real name unknown, was a professional corporation, incorporated under and pursuant to the laws of the State of Nebraska, holding itself out to the public as a medical service corporation furnishing care and attention to patients, for a fee, while assuming a duty of exercising reasonable care toward its patients in the rendering of its services.

## UNCONSTITUTIONALITY OF THE ACT/WAIVER OF REVIEW PANEL

5. Plaintiffs believe that the Defendants may not be qualified under the Health Hospital-Medical Liability Act, Neb. Rev. Stat. 44-2801 through 44-2855, and were not so qualified during the time Defendants provided medical treatment to the Plaintiff Elba Velazquez.

6. However, if Defendants were so qualified, Plaintiffs allege that such act is unconstitutional in whole or in part because it violates Sec. A of the 14th Amendment to the Constitution of the United States, together with Article 1, Sec. 1, 3, 13, 16 and 25, as well as Article 3 and 21 of the Constitution of Nebraska.

7. Plaintiff hereby affirmatively waives any and all rights to a panel review under the provisions of the Nebraska Hospital-Medical Liability Act and will serve a file stamped copy of this Complaint upon the Director of Insurance for the State of

Nebraska by certified mail, together with a copy upon the Attorney General of the State of Nebraska.

## ALLEGATIONS OF FACT AND MALPRACTICE

8. On October 19, 2015, Plaintiff Elba Alicia Ordonez Velazquez was seen at Defendant Oneworld Community Health Center located at 4920 South 30th Street, Omaha, Nebraska for complaints of "abdominal pain, acute". She was seen and discharged with the instructions "h/o bariatric surgery" "has not been to GI this year" "need ROR for surgery records from Methodist hospital at next apt."

9. On November 6, 2015, Plaintiff Elba Alicia Ordonez Velazquez was again seen at Defendant Oneworld Community Health Center for continued abdominal discomfort. Her assessment and plan was "referral: acupuncture" "medication: continue oxycodone-acetaminophen 5 mg-325 mg".

10. Plaintiff Elba Alicia Ordonez Velazquez was taken from her home November 7, 2015, by rescue squad to Methodist Hospital. During her stay at Methodist, the Plaintiff Elba Velazquez was diagnosed with a bowel obstruction and underwent emergency laparotomy surgery and bowel resection.

11. As a direct and proximate result of the negligence of the Defendants and each of them, the Plaintiff Elba Alicia Ordonez Velazquez suffered intestinal blockage, was forced to undergo life-saving repair surgery and continues to suffer from extensive and severe abdominal disfigurement.

12. The negligence of any employee(s), as well as John Doe(s), M.D., and Jane Doe(s), M.D., real names unknown, are attributable to Defendant Oneworld Community Health Centers, Inc. by virtue of the doctrine of respondeat superior and/or apparent agency.

13.  Each of the Defendants, and or their agent(s) or apparent agent(s) failed to exercise reasonable and ordinary care, skill and diligence, and departed from the generally accepted and recognized standard of care for the community in the care, assistance and treatment of Elba Alicia Ordonez Velazquez, and were therefore negligent in performing their duties in one or more of the following particulars:

    a.  In failing to implement policies and procedures sufficient to provide adequate care, assistance and treatment of Elba Alicia Ordonez Velazquez;

    b.  In failing to properly train, direct and supervise employees and agents and/or apparent agents in the proper method of diagnosing post-bariatric surgery patients;

    c.  In failing to properly ensure treatment and referral orders are appropriate;

    d.  In failing to consult with appropriate physicians in Elba Alicia Ordonez Velazquez's care and treatment; and,

    e.  In failing to appropriately refer Elba Alicia Ordonez Velazquez to a specialist for treatment of her abdominal disorder.

## DAMAGES

14.  As a direct and proximate result of the joint and several negligence of Defendants and/or each of them as set forth above, Plaintiff Elba Alicia Ordonez Velazquez has sustained the following damages:

    a)  the reasonable value of medical care and supplies reasonably needed by and actually provided to her in the past and reasonably certain to be needed and provided to him in the future;

    b)  the reasonable value of the wages lost by the Plaintiff;

    c)  the reasonable value of the physical pain, disfigurement, mental suffering and emotional distress the Plaintiff Elba Alicia

Ordonez Velazquez has experienced in the past and is reasonably certain to experience in the future;

Ordonez Velazquez has experienced in the past and is reasonably certain to experience in the future;

d) the reasonable monetary value of the inconvenience the Plaintiff Elba Alicia Ordonez Velazquez has experienced in the past and is reasonably certain to experience in the future;

e) the reasonable value of any humiliation the Plaintiff is reasonably certain to experience in the future;

f) permanent disability and disfigurement; and,

g) the loss of enjoyment of life.

## SECOND CAUSE OF ACTION

15. Come now the Plaintiffs and re-allege Paragraphs 1-14 of their first cause of action and incorporate them herein by reference thereto into this second cause of action as if fully set forth.

16. As a direct and proximate result of the negligence of the Defendants, jointly and severally, the resulting injuries to Plaintiff Elba Alicia Ordonez Velazquez, Plaintiff Luis Alberto Arriaga Guzman sustained the loss of his wife's affection, aid, society, companionship, and support, including loss of consortium.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, jointly and severally, for their special and general damages that will fairly and adequately compensate them for Plaintiff Elba Alicia Ordonez Velazquez's permanent injuries, permanent disability, past and future medical expenses, loss of quality of life, past and future pain and suffering, humiliation, lost wages, future loss of earnings and household value, the past and future value of Plaintiff Luis Alberto Arriaga Guzman's loss of consortium, and such other items of general damages which may have been caused by the acts of the Defendants, with interest thereon together with their costs and attorney's fees as permitted by N.R.S. §44-2834(2) and such other relief as may be allowed by the laws of the State of Nebraska.

Dated this 31st day of October, 2017.

                ELBA ALICIA ORDONEZ VELAZQUEZ and
                LUIS ALBERTO ARRIAGA GUZMAN,
                Husband and Wife,
                Plaintiffs

BY:___/s/Jeffrey Welch___
     Jeffrey P. Welch, #20184
     JEFFREY WELCH LAW LLC
     17220 Wright St., Ste 14
     Omaha, NE 68130
     (402) 979-6008
     Attorney for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests that the above and foregoing cause of action be set for trial by a jury.

/s/Jeffrey Welch
Jeffrey P. Welch, #20184
JEFFREY WELCH LAW LLC
17220 Wright St., Ste 14
Omaha, NE 68130
(402) 979-6008
Attorney for Plaintiffs

8:18-cv-00045-RFR-SMB   Doc # 1-1   Filed: 02/12/18   Page 10 of 11 - Page ID # 14

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI170009371
Transaction ID: 0006043484
Filing Date: 11/14/2017 05:08:29 PM CST

## SERVICE RETURN

Douglas District Court
1701 Farnam
Omaha          NE 68183

To:
Case ID: CI 17    9371 Ordonez-Velazquez v. Oneworld Community

Received this Summons on _____, _____. I hereby certify that on

_____

upon _____

by _____

[Certified mail green card image showing:]
- 64767-4-1
- Article Addressed to: Andrea Skolkin, Oneworld Com. Health, 4920 S 30th St Ste 103, Omaha, NE 68107-1656
- Article Number: 9290 9901 3247 3400 0600 6561 13 / 9214 7901 3247 3400 0600 6561 19
- Signature, Date of Delivery 11/10/17
- Service Type: Certified Mail (checked)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: *Oneworld Comm. Health Center Inc*

At the following address: *Registered Agent Andrea Skolkin*
*4920 S. 30th Str., Ste 103*
*Omaha NE 68107*

on the _7th_ day of _November_ _2017_, as required by Nebraska state law.

Postage $ _13.70_    Attorney for: _Plaintiffs_

The return receipt for mailing to the party was signed on _11/10_, _2017_.

To: Oneworld Community Health Cntr Inc
c/o Andrea Skolkin, Reg Agent
4920 S. 30th St., Ste 103
Omaha, NE 68107

From: Jeffrey P Welch
17220 Wright St, Ste 14
Omaha, NE 68130

**ATTACH RETURN RECEIPT & RETURN TO COURT**

# Certificate of Service

I hereby certify that on Wednesday, November 15, 2017 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Doe Corporation service method: No Service

Doe,John,,M.D. service method: No Service

Oneworld Community Health Cntr Inc service method: First Class Mail

Doe,Jane,,M.D. service method: No Service

Signature: /s/ Jeffrey P. Welch (Bar Number: 20184)