IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELBA ALICIA ORDONEZ VELAZQUEZ, and LUIS ALBERTO ARRIAGA GUZMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DOE CORPORATION, real name unknown; and UNITED STATES OF AMERICA,<br><br>Defendants. | 8:18CV45<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered this date, this case is dismissed without prejudice for lack of subject-matter jurisdiction.

Dated this 26th day of March, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge